## COMMONWEALTH of Pennsylvania, Respondent

v.

## James WILSON, Petitioner.

Supreme Court of Pennsylvania.

Jan. 9, 2007.

## ORDER

PER CURIAM.

AND NOW, this 9th day of January, 2007, the Petition for Allowance of Appeal is GRANTED. The Order of the Superior Court is VACATED and the matter is REMANDED to the PCRA court for reinstatement of Petitioner's direct appeal

rights *nunc pro tunc.* *See Commonwealth v. Lantzy,* 558 Pa. 214, 736 A.2d 564 (1999).